UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Misc. No. _____ |
| | : | |
| **JEFFREY ALAN ROTHSCHILD** | : | <u>UNDER SEAL</u> |
| aka JEFFREY ALAN ZAHLER | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

<u>**ORDER**</u>

Upon motion of the United States, it is this _____ day of June, 2006, hereby

**ORDERED** that the Government's Motion to Seal is **GRANTED**; and

**FURTHER ORDERED** that the Government's Motion to Seal; the Court's Order on the Motion to Seal; the Complaint; the Application for an Arrest Warrant; and the Affidavit in Support thereof be sealed until further order of the Court; and

**FURTHER ORDERED** that the Clerk's Office shall not make any entry on the public docket in this case of the Government's Motion to Seal; the Court's Order on the Motion to Seal; the Complaint; the Application for an Arrest Warrant; the Affidavit in Support thereof; and other pleadings filed under seal in this case until further order of this Court.

_____
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLUMBIA