UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Misc. No. 06- __ M-01- |
| JEFFREY ALAN ROTHSCHILD aka JEFFREY ALAN ZAHLER | : UNDER SEAL |
| Defendant. | : |

FILED
JUN 2 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon motion of the United States, it is this 22 day of June, 2006, hereby

**ORDERED** that the Government's Motion to Seal is **GRANTED**; and

**FURTHER ORDERED** that the Government's Motion to Seal; the Court's Order on the Motion to Seal; the Complaint; the Application for an Arrest Warrant; and the Affidavit in Support thereof be sealed until further order of the Court; and

**FURTHER ORDERED** that the Clerk's Office shall not make any entry on the public docket in this case of the Government's Motion to Seal; the Court's Order on the Motion to Seal; the Complaint; the Application for an Arrest Warrant; the Affidavit in Support thereof; and other pleadings filed under seal in this case until further order of this Court.

_____
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLUMBIA
JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE