UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO.: |
| | : | |
| v. | : | |
| | : | |
| | : | VIOLATIONS: |
| | : | |
| **JEFFREY ALAN ROTHSCHILD,** | : | |
| *aka* "Jeffrey Alan Zahler," | : | |
| | : | 18 U.S.C. § 1344 |
| **Defendant.** | : | (Bank Fraud) |
| | : | (Count One) |
| | : | |
| | : | 18 U.S.C. § 1028(a) |
| | : | (Identification Document Fraud) |
| | : | (Count Two) |
| | : | |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE
### (Bank Fraud)

At all times material to the Indictment:

Introduction

1.   Bank of America, Commerce Bank, and Washington Mutual Bank, which have branches located in and conduct business in the District of Columbia, were financial institutions insured by the Federal Deposit Insurance Corporation.

2.   Defendant **JEFFREY ALAN ROTHSCHILD** was an individual who claimed to be a resident of both the State of Louisiana and the State of California. The defendant was born on

November 21, 1947, and given the name "Jeffrey Alan Zahler," but he claims to have legally changed his name to "**JEFFREY ALAN ROTHSCHILD**."

  3. Beginning at a time unknown to the grand jury but at least from on or about October 15, 2005, through on or about June 27, 2006, defendant **JEFFREY ALAN ROTHSCHILD** possessed false identification documents in a variety of names, social security numbers, and dates of birth that belonged to living individuals, including, but not limited to an individual named "Ridley M. Whitaker."

  4. Ridley M. Whitaker was a resident of the State of New York, who neither knew defendant **JEFFREY ALAN ROTHSCHILD** nor gave defendant **JEFFREY ALAN ROTHSCHILD** permission to use any of his means of identification or to transact financial transactions on his behalf.

<u>The Scheme to Defraud</u>

  5. Beginning in or about October 15, 2005, and continuing through in or about December of 2005, in the District of Columbia and elsewhere, defendant **JEFFREY ALAN ROTHSCHILD** knowingly engaged in a scheme and artifice to defraud financial institutions, and to obtain money belonging to and under the custody and control of financial institutions, by means of false and fraudulent pretenses, representations, and promises.

<u>Manner and Means of the Scheme</u>

  6. It was part of the scheme and artifice that defendant **JEFFREY ALAN ROTHSCHILD**, using false identification in the name "Ridley Whitaker," would open a business account in the name "Prefabricated Housing of America" (hereafter referred to as the "Prefabricated

Housing Account"), at a Bank of America branch located in Alexandria, Virginia, representing himself to be Ridley Whitaker and naming himself the sole authorized signer on the account.

7. It was part of the scheme and artifice that defendant **JEFFREY ALAN ROTHSCHILD** would deposit into the Prefabricated Housing Account checks which purported to be drawn on an account in the name "Jeffrey Zahler," at the Washington Mutual Bank, which checks the defendant knew to be drawn on insufficient funds.

8. It was part of the scheme and artifice that defendant **JEFFREY ALAN ROTHSCHILD**, using false identification in the name of "Ridley M. Whitaker," would open a business bank account in the name "Whitaker, Kleinberg, Gelles, Thornton, Weltman, Gaynor and Davis, Incorporated" (hereafter referred to as the "Whitaker account"), at a Commerce Bank branch located in Alexandria, Virginia, representing himself to be Ridley Whitaker and naming himself the sole authorized signer on the account.

9. It was part of the scheme and artifice that defendant **JEFFREY ALAN ROTHSCHILD** would deposit into the Whitaker Account checks drawn on the Prefabricated Housing Account at the Bank of America, which checks the defendant knew to be drawn on insufficient funds.

10. It was further part of the scheme and artifice that defendant **JEFFREY ALAN ROTHSCHILD** would withdraw sums of monies from the Commerce Bank, at times that he knew that the bank would not yet be aware that there were not funds sufficient to support the withdrawal.

11. Between from at least October 15, 2005 to in or about December of 2005, in the District of Columbia and elsewhere, in order to carry out the aforementioned scheme and artifice to

defraud, the defendant **JEFFREY ALAN ROTHSCHILD** committed the following acts, among others, on or about the dates listed below:

| DATE | BANK | TRANSACTION | AMOUNT |
|---|---|---|---|
| 11-03-05 | Bank of America | Deposit of Check #1003 drawn on Whitaker Account at Commerce Bank | $ 3,500.00 |
| 12-12-05 | Bank of America | Deposit of Check #132 drawn on Zahler Account at Washington Mutual | $ 2,500.00 |
| 12-12-05 | Bank of America | Deposit of Check #133 drawn on Zahler Account at Washington Mutual | $ 2,500.00 |
| 12-12-05 | Bank of America | Deposit of Check #134 drawn on Zahler Account at Washington Mutual | $ 2,500.00 |
| 12-12-05 | Commerce Bank | Deposit of Check #1004 drawn on Prefabricated Housing Account at Bank of America (Dupont Circle Branch, Washington, D.C.) | $ 2,200.00 |
| 12-12-05 | Commerce Bank | Deposit of Check #1006 drawn on Prefabricated Housing Account at Bank of America (Dupont Circle Branch, Washington, D.C.) | $ 2,200.00 |
| 12-12-05 | Commerce Bank | Deposit of Check #1008 drawn on Prefabricated Housing Account at Bank of America (Dupont Circle Branch, Washington, D.C.) | $ 2,200.00 |
| 12-13-05 | Bank of America | Deposit of Check #104 drawn on Zahler Account at Washington Mutual | $ 2,600.00 |
| 12-13-05 | Bank of America | Deposit of Check #105 drawn on Zahler Account at Washington Mutual | $ 2,500.00 |
| 12-13-05 | Bank of America | Deposit of Check #131 drawn on Zahler Account at Washington Mutual | $ 2,600.00 |
| 12-13-05 | Bank of America | Deposit of Check #135 drawn on Zahler Account at Washington Mutual | $ 1,200.00 |
| 12-13-05 | Commerce Bank | Deposit of Check #1005 drawn on Prefabricated Housing Account at Bank of America (Dupont Circle Branch, Washington, D.C.) | $ 2,100.00 |

| | | | |
|---|---|---|---|
| 12-13-05 | Commerce Bank | Deposit of Check #104 drawn on Prefabricated Housing Account at Bank of America (Dupont Circle Branch, Washington, D.C.) | $ 2,200.00 |
| 12-13-05 | Commerce Bank | Withdrawal of Cash | $ 1,800.00 |
| 12-13-05 | Commerce Bank | ATM Withdrawal of Cash (New York City) | $ 500.00 |
| 12-14-05 | Commerce Bank | Deposit of Check #1007 drawn on Prefabricated Housing Account at Bank of America (200 W. 26th Street, New York City) | $ 4,400.00 |
| 12-14-05 | Commerce Bank | Cash Withdrawal Debit (One Penn Plaza, New York City) | $ 202.00 |
| 12-14-05 | Commerce Bank | Cash Withdrawal Debit (One Penn Plaza, New York City) | $ 502.00 |
| 12-14-05 | Commerce Bank | ATM Withdrawal (200 West 26th Street, New York City) | $ 700.00 |
| 12-14-05 | Commerce Bank | ATM Withdrawal (200 West 26th Street, New York City) | $ 700.00 |
| 12-14-05 | Commerce Bank | ATM Withdrawal (200 West 26th Street, New York City) | $ 700.00 |
| 12-14-05 | Commerce Bank | ATM Withdrawal (200 West 26th Street, New York City) | $ 700.00 |
| 12-14-05 | Commerce Bank | ATM Withdrawal (200 West 26th Street, New York City) | $ 700.00 |
| 12-14-05 | Commerce Bank | Cash Withdrawal Debit (Chase Manhattan Bank, New York City) | $ 701.50 |
| 12-14-05 | Commerce Bank | Cash Withdrawal Debit (Chase Manhattan Bank, New York City) | $ 701.50 |
| 12-14-05 | Commerce Bank | Cash Withdrawal Debit (Chase Manhattan Bank, New York City) | $ 701.50 |
| 12-14-05 | Commerce Bank | Cash Withdrawal Debit (Chase Manhattan Bank, New York City) | $ 701.50 |
| 12-14-05 | Commerce Bank | Cash Withdrawal (Alexandria, Virginia) | $ 100.00 |

| 12-15-05 | Commerce Bank | Cash Withdrawal (Alexandria, Virginia) | $ 400.00 |
| --- | --- | --- | --- |
| 12-15-05 | Commerce Bank | Cash Withdrawal Debit (833 7th Street, Washington, D.C.) | $ 202.00 |
| 12-15-05 | Commerce Bank | Cash Withdrawal Debit (833 7th Street, Washington, D.C.) | $ 502.00 |
| 12-15-05 | Commerce Bank | Deposit of Check #1031 drawn on Prefabricated Housing Account at Bank of America (43rd Street and Sixth Avenue, New York City) | $ 4,000.00 |
| 12-16-05 | Commerce Bank | Cash Withdrawal (321 Madison Avenue, New York City) | $ 500.00 |
| 12-16-05 | Commerce Bank | Cash Withdrawal (321 Madison Avenue, New York City) | $ 500.00 |
| 12-16-05 | Commerce Bank | Cash Withdrawal (321 Madison Avenue, New York City) | $ 500.00 |
| 12-16-05 | Commerce Bank | Cash Withdrawal (321 Madison Avenue, New York City) | $ 500.00 |
| 12-16-05 | Commerce Bank | Cash Withdrawal (321 Madison Avenue, New York City) | $ 500.00 |
| 12-16-05 | Commerce Bank | Cash Withdrawal (321 Madison Avenue, New York City) | $ 500.00 |
| 12-16-05 | Commerce Bank | Cash Withdrawal Debit (Chase Manhattan Bank, New York City) | $ 501.50 |
| 12-17-05 | Commerce Bank | Cash Withdrawal Debit (Chase Manhattan Bank, New York City) | $ 301.50 |
| 12-17-05 | Commerce Bank | Cash Withdrawal Debit (Chase Manhattan Bank, New York City) | $ 501.50 |

**(Bank Fraud, in violation of Title 18, United States Code, Section 1344(2)).**

## COUNT TWO
## (IDENTIFICATION DOCUMENT FRAUD)

12. Paragraphs 1 through 11 of the Indictment are re-alleged as though fully set forth herein.

13. On or about November 10, 2005, in the District of Columbia, defendant **JEFFREY ALAN ROTHSCHILD** did knowingly and without lawful authority possess and use a means of identification of another person, specifically, the Social Security number and date of birth of Ridley M. Whitaker, with the intent to commit unlawful activity that constitutes a violation of Federal law and constitutes a felony under applicable State and local law, in that he used the Social Security number and date of birth to open an account at an E*Trade Financial Corporation branch, for the purpose of depositing five checks fraudulently obtained from the Federal Emergency Management Agency's program for Hurricane Katrina relief by the use of the means of identification of five other individuals, which checks aggregated more than $1,000, during a 1-year period.

**(Fraud in Connection with Identification Documents, in violation of Title 18, United States Code, Section 1028(a)(7) and (b)(1)(D)).**

A TRUE BILL

FOREPERSON

ATTORNEY FOR THE UNITED STATES IN
AND FOR THE DISTRICT OF COLUMBIA