UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| JEFFREY ALAN ROTHSCHILD, | : | Crim. No. 06-220 (CKK) |
| *aka* JEFFREY ALAN ZAHLER, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## NOTICE OF ASSIGNMENT AND APPEARANCE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney Jessie K. Liu, D.C. Bar Number 472845, telephone number 202-514-7549, and Assistant United States Attorney Barbara E. Kittay, D.C. Bar Number 414216, telephone number 202-514-6940, and that this is notice of their appearance in this matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

By:  _____/s/_____
JESSIE K. LIU
Assistant United States Attorney
D.C. Bar Number 472845
555 Fourth Street, N.W., Room 4649
Washington, D.C. 20530
Phone:          202-514-7549
Fax:            202-353-9414
E-mail:         Jessie.K.Liu@usdoj.gov

_____/s/_____
BARBARA E. KITTAY
Assistant United States Attorney
D.C. Bar Number 414216
555 Fourth Street, N.W., Room 4846
Washington, D.C. 20530
Phone:          202-514-6940
Fax:            202-353-9414
E-mail:         Barbara.Kittay@usdoj.gov