FILED

JUL 2 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEFFREY A. ROTHSCHILD<br>a/k/a Jeffrey A. Zahler,<br><br><br>Defendant. | Criminal. Action No. 06-0220<br>CKK/DAR |

## ORDER

It is, this 21st day of July, 2006,

**ORDERED** that the District of Columbia Department of Corrections immediately provide Defendant with appropriate medical examinations and treatment for his cardiac condition; and it is

**FURTHER ORDERED** that the District of Columbia Department of Corrections medical staff shall determine whether Defendant's medical needs can be met in the District of Columbia Jail, or whether Defendant's medical needs require that he be transferred to CTF.

July 21, 2006

_____
DEBORAH A. ROBINSON
United States Magistrate Judge