UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-220 (CKK) |
| | : | |
| v. | : | VIOLATIONS: |
| | : | |
| JEFFREY ALAN ROTHSCHILD, | : | 18 U.S.C. § 1344 |
| | : | (Bank Fraud) |
| *also known as* | : | |
| JEFFREY ALAN ZAHLER, | : | 18 U.S.C. § 1341 |
| | : | (Mail Fraud) |
| | : | |
| Defendant. | : | 18 U.S.C. § 1956(a)(1)(B)(i) |
| | : | (Money Laundering) |
| | : | |
| | : | 18 U.S.C. § 982 |
| | : | (Criminal Forfeiture Allegation) |
| | : | |

**SUPERSEDING INFORMATION**

The United States Attorney charges that:

**COUNT ONE**
**(Bank Fraud)**

At all times material to the Superseding Information:

Introduction

1.      Bank of America, Commerce Bank, and Washington Mutual Bank, which have branches located in and conduct business in the District of Columbia, were financial institutions insured by the Federal Deposit Insurance Corporation.

2.      Defendant **JEFFREY ALAN ROTHSCHILD** was an individual who claimed to be a resident of both the State of Louisiana and the State of California. Defendant **JEFFREY ALAN ROTHSCHILD** was born on November 21, 1947, and was given the name "Jeffrey Alan Zahler," but claims to have legally changed his name to "**JEFFREY ALAN ROTHSCHILD**."

3. Beginning from at least October 15, 2005, through on or about June 27, 2006, defendant **JEFFREY ALAN ROTHSCHILD** possessed false identification documents in a variety of names, Social Security numbers, and dates of birth that belonged to other living individuals, including, but not limited to an individual named "Ridley M. Whitaker."

4. Ridley M. Whitaker was a resident of the State of New York, who neither knew defendant **JEFFREY ALAN ROTHSCHILD** nor gave defendant **JEFFREY ALAN ROTHSCHILD** permission to use any of his means of identification or to transact financial transactions on his behalf.

The Scheme to Defraud

5. Beginning on or about October 15, 2005, and continuing through in or about December 2005, in the District of Columbia and elsewhere, defendant **JEFFREY ALAN ROTHSCHILD** knowingly engaged in a scheme and artifice to defraud financial institutions, and to obtain money belonging to and under the custody and control of financial institutions, by means of false and fraudulent pretenses, representations, and promises.

Manner and Means of the Scheme

6. It was part of the scheme and artifice that defendant **JEFFREY ALAN ROTHSCHILD**, using false identification in the name "Ridley Whitaker," would open a business account in the name "Prefabricated Housing of America" (hereinafter "Prefabricated Housing Account"), at a Bank of America branch located in Alexandria, Virginia, representing himself to be Ridley Whitaker and naming himself the sole authorized signer on the account.

7. It was further part of the scheme and artifice that defendant **JEFFREY ALAN ROTHSCHILD** would deposit into the Prefabricated Housing Account checks which purported to be drawn on an account in the name of "Jeffrey Zahler," at Chase Bank and Washington Mutual

Bank, which checks defendant **JEFFREY ALAN ROTHSCHILD** knew to be drawn on insufficient funds.

8. It was further part of the scheme and artifice that defendant **JEFFREY ALAN ROTHSCHILD**, using false identification in the name of "Ridley M. Whitaker," would open a business bank account in the name "Whitaker, Kleinberg, Gelles, Thornton, Weltman, Gaynor and Davis, Incorporated" (hereinafter "Whitaker Account"), at a Commerce Bank branch located in Alexandria, Virginia, representing himself to be Ridley Whitaker and naming himself the sole authorized signer on the account.

9. It was further part of the scheme and artifice that defendant **JEFFREY ALAN ROTHSCHILD** would deposit into the Whitaker Account checks drawn on the Prefabricated Housing Account at Bank of America, which checks defendant **JEFFREY ALAN ROTHSCHILD** knew to be drawn on insufficient funds.

10. It was further part of the scheme and artifice that defendant **JEFFREY ALAN ROTHSCHILD** would withdraw sums from Commerce Bank, at times that he knew that Commerce Bank would not yet be aware that there were not funds sufficient to support the withdrawal.

11. Between from at least October 15, 2005 to in or about December 2005, in the District of Columbia and elsewhere, in order to carry out the aforementioned scheme and artifice to defraud, defendant **JEFFREY ALAN ROTHSCHILD** committed the following acts, among others, on or about the dates listed below:

| <u>DATE</u> | <u>BANK</u> | <u>TRANSACTION</u> | <u>AMOUNT</u> |
|---|---|---|---|
| 11-03-05 | Bank of America | Deposit of Check #1003 drawn on Whitaker Account at Commerce Bank | $ 3,500.00 |

| 12-12-05 | Bank of America | Deposit of Check #132 drawn on Zahler Account at Washington Mutual Bank | $ 2,500.00 |
|---|---|---|---|
| 12-12-05 | Bank of America | Deposit of Check #133 drawn on Zahler Account at Washington Mutual Bank | $ 2,500.00 |
| 12-12-05 | Bank of America | Deposit of Check #134 drawn on Zahler Account at Washington Mutual Bank | $ 2,500.00 |
| 12-12-05 | Commerce Bank | Deposit of Check #1004 drawn on Prefabricated Housing Account at Bank of America (Dupont Circle, Washington, D.C.) | $ 2,200.00 |
| 12-12-05 | Commerce Bank | Deposit of Check #1006 drawn on Prefabricated Housing Account at Bank of America (Dupont Circle, Washington, D.C.) | $ 2,200.00 |
| 12-12-05 | Commerce Bank | Deposit of Check #1008 drawn on Prefabricated Housing Account at Bank of America (Dupont Circle, Washington, D.C.) | $ 2,200.00 |
| 12-13-05 | Bank of America | Deposit of Check #104 drawn on Zahler Account at Chase Bank | $ 2,600.00 |
| 12-13-05 | Bank of America | Deposit of Check #105 drawn on Zahler Account at Chase Bank | $ 2,500.00 |
| 12-13-05 | Bank of America | Deposit of Check #131 drawn on Zahler Account at Washington Mutual Bank | $ 2,600.00 |
| 12-13-05 | Bank of America | Deposit of Check #135 drawn on Zahler Account at Washington Mutual Bank | $ 1,200.00 |
| 12-13-05 | Commerce Bank | Deposit of Check #1005 drawn on Prefabricated Housing Account at Bank of America (Dupont Circle, Washington, D.C.) | $ 2,100.00 |
| 12-13-05 | Commerce Bank | Deposit of Check #104 drawn on Prefabricated Housing Account at Bank of America (Dupont Circle, Washington, D.C.) | $ 2,200.00 |
| 12-13-05 | Commerce Bank | ATM Withdrawal of Cash (New York, New York) | $ 500.00 |
| 12-14-05 | Commerce Bank | Deposit of Check #1007 drawn on Prefabricated Housing Account at Bank of America (200 West 26th Street, New York, New York) | $ 4,400.00 |
| 12-14-05 | Commerce Bank | Cash Withdrawal Debit (One Penn Plaza, New York, New York) | $ 202.00 |

| | | | |
|---|---|---|---|
| 12-14-05 | Commerce Bank | Cash Withdrawal Debit (One Penn Plaza, New York, New York) | $ 502.00 |
| 12-14-05 | Commerce Bank | ATM Withdrawal (200 West 26th Street, New York, New York) | $ 700.00 |
| 12-14-05 | Commerce Bank | ATM Withdrawal (200 West 26th Street, New York, New York) | $ 700.00 |
| 12-14-05 | Commerce Bank | ATM Withdrawal (200 West 26th Street, New York, New York) | $ 700.00 |
| 12-14-05 | Commerce Bank | ATM Withdrawal (200 West 26th Street, New York, New York) | $ 700.00 |
| 12-14-05 | Commerce Bank | ATM Withdrawal (200 West 26th Street, New York, New York) | $ 700.00 |
| 12-14-05 | Commerce Bank | Cash Withdrawal Debit (Chase Bank, New York, New York) | $ 701.50 |
| 12-14-05 | Commerce Bank | Cash Withdrawal Debit (Chase Bank, New York, New York) | $ 701.50 |
| 12-14-05 | Commerce Bank | Cash Withdrawal Debit (Chase Bank, New York, New York) | $ 701.50 |
| 12-14-05 | Commerce Bank | Cash Withdrawal Debit (Chase Bank, New York, New York) | $ 701.50 |
| 12-15-05 | Commerce Bank | Cash Withdrawal (Alexandria, Virginia) | $ 100.00 |
| 12-15-05 | Commerce Bank | Cash Withdrawal (Alexandria, Virginia) | $ 400.00 |
| 12-15-05 | Commerce Bank | Cash Withdrawal Debit (833 Seventh Street, N.W., Washington, D.C.) | $ 202.00 |
| 12-15-05 | Commerce Bank | Cash Withdrawal Debit (833 Seventh Street, N.W., Washington, D.C.) | $ 502.00 |
| 12-15-05 | Commerce Bank | Deposit of Check #1031 drawn on Prefabricated Housing Account at Bank of America (43rd Street & Sixth Avenue, New York, New York) | $ 4,000.00 |
| 12-16-05 | Commerce Bank | Cash Withdrawal (321 Madison Avenue, New York, New York) | $ 500.00 |
| 12-16-05 | Commerce Bank | Cash Withdrawal (321 Madison Avenue, New York, New York) | $ 500.00 |

| | | | |
|---|---|---|---|
| 12-16-05 | Commerce Bank | Cash Withdrawal (321 Madison Avenue, New York, New York) | $ 500.00 |
| 12-16-05 | Commerce Bank | Cash Withdrawal (321 Madison Avenue, New York, New York) | $ 500.00 |
| 12-16-05 | Commerce Bank | Cash Withdrawal (321 Madison Avenue, New York, New York) | $ 500.00 |
| 12-16-05 | Commerce Bank | Cash Withdrawal (321 Madison Avenue, New York, New York) | $ 500.00 |
| 12-16-05 | Commerce Bank | Cash Withdrawal Debit (Chase Bank, New York, New York) | $ 501.50 |
| 12-16-05 | Commerce Bank | Cash Withdrawal (666 Broadway, New York, New York) | $ 100.00 |
| 12-16-05 | Commerce Bank | Cash Withdrawal Debit (Chase Bank, New York, New York) | $ 301.50 |

**(Bank Fraud, in violation of Title 18, United States Code, Section 1344)**

## COUNT TWO
### (Mail Fraud)

12.    Paragraphs 1 through 11 of the Superseding Information are re-alleged as though fully set forth herein.

13.    The Federal Emergency Management Agency (hereinafter "FEMA") is a part of the United States Department of Homeland Security, a department and agency of the United States, which prepares for and coordinates the response of the federal government to natural disasters occurring in the United States.

14.    Starting on or about September 7, 2005, FEMA made available money transfers of approximately $2,000.00 to victims of the natural disasters in the southern region of the United States commonly known as "Hurricane Katrina" and "Hurricane Rita." Eligible parties could apply for funds in person, by calling a toll-free phone number, or on-line by providing, among other information, a name, a Social Security number and an address of a location affected by Hurricane Katrina or Hurricane Rita. Following this process, an applicant received approximately $2,000.00 in the form of a check delivered via the United States Postal Service, electronic transfer to a bank account, or a debit card.

15.    The following individuals do not know defendant **JEFFREY ALAN ROTHSCHILD**; did not give him permission to use their names, dates of birth, or Social Security numbers; and did not authorize him to apply for government benefits or to conduct financial transactions of any kind on their behalf:

    1.    Dean A. Bohle
    2.    Ralph Bohle
    3.    Aaron M. Bragg
    4.    David G. Bryant
    5.    Tim Bryant
    6.    Randall Bryant

7.  Peter S. Canelias
8.  Arthur Clark
9.  Evan A. Davis
10. Christopher M. Eddy
11. Eduardo Garcia
12. Fidencio Garcia
13. Phillip Gaynor
14. Walter R. Gelles
15. Gayson R. Gray
16. Sheldon Hall
17. Samuel Harding
18. Sheila B. Harding
19. Harold S. Helmker
20. Rosalinda Ipox
21. Fred T. Isquith
22. Patricia Kang
23. Damon Kirtland
24. Walter A. Kirtland
25. Fredric Kleinberg
26. James Kuhner
27. Gerald B. Lefcourt
28. Aldemar Madrid
29. Steven Mandell
30. Jeffrey Manheimer
31. Martha Martinez
32. Michael Mikula
33. Vinod Nampimadam
34. Justin Patterson
35. David L. Robbins
36. Jon P. Rucker
37. Armando Salas
38. Karla Schmidt
39. Mike Scott
40. Robert G. Smith
41. David J. Stephenson
42. Paul F. Stockschlaeder
43. Adam M. Thompson
44. John Thornton
45. Christina Vallejo
46. Leonard M. Weintraub
47. Sidney N. Weiss
48. Gerald M. Welt
49. Richard Weltman
50. Ridley Whitaker

Defendant **JEFFREY ALAN ROTHSCHILD** is not any of these individuals.

The Scheme to Defraud

16. Beginning on or about September 13, 2005, and continuing through on or about December 31, 2005, in the District of Columbia and elsewhere, defendant **JEFFREY ALAN ROTHSCHILD** knowingly and willfully did devise and intend to devise a scheme and artifice to use the mails to defraud the United States and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, which scheme and artifice is set forth hereinafter.

Purpose of the Scheme

17. It was the purpose of the scheme and artifice for defendant **JEFFREY ALAN ROTHSCHILD** to enrich himself by collecting in excess of $100,000 in emergency relief funds from FEMA by applying for such funds using the means of identification of other living individuals, without their knowledge or permission, and converting that money to his own use.

Manner and Means of the Scheme

18. It was part of the scheme and artifice that between on or about September 13, 2005 and on or about December 31, 2005, defendant **JEFFREY ALAN ROTHSCHILD** obtained the names, dates of birth, and Social Security numbers of other living individuals.

19. It was part of the scheme and artifice that between on or about September 13, 2005 and on or about December 31, 2005, defendant **JEFFREY ALAN ROTHSCHILD** obtained addresses of properties located in areas affected by Hurricane Katrina or Hurricane Rita.

20. It was further part of the scheme and artifice that defendant **JEFFREY ALAN ROTHSCHILD** applied for FEMA emergency relief funds by telephone or Internet in the names of other living individuals, claiming that these individuals had suffered property damage as a result

of Hurricane Katrina or Hurricane Rita.

21. It was further a part of the scheme and artifice that defendant **JEFFREY ALAN ROTHSCHILD** would induce FEMA to issue checks drawn on the United States Treasury (hereinafter "Treasury checks") based on these fraudulent applications and to cause those checks to be mailed to motels and commercial mail delivery businesses in Louisiana, Tennessee, New York, and elsewhere, where defendant **JEFFREY ALAN ROTHSCHILD** would collect them.

22. It was further a part of the scheme and artifice that defendant **JEFFREY ALAN ROTHSCHILD** would open bank accounts and investment accounts using the means of identification of other living persons, and would deposit the Treasury checks into these accounts.

23. It was further a part of the scheme and artifice that defendant **JEFFREY ALAN ROTHSCHILD** would withdraw and attempt to withdraw funds from the bank accounts and investment accounts.

24. It was further a part of the scheme and artifice that defendant **JEFFREY ALAN ROTHSCHILD** would convert and attempt to convert these funds to his personal use.

<u>Use of the Mails</u>

25. On or about the dates listed below, in the District of Columbia and elsewhere, defendant **JEFFREY ALAN ROTHSCHILD**, for the purpose of executing the above-described scheme and artifice to defraud and for the purpose of obtaining money and property by means of false and fraudulent pretenses, representations, and promises, and attempting to, placed and caused to be placed in any post office and authorized depository for mail matter, any matter and thing whatever to be sent and delivered by the Postal Service, and knowingly caused to be delivered by mail according to the direction there or by, the following Treasury checks:

| DATE | PAYEE | CHECK NO. | MAILING ADDRESS |
|---|---|---|---|
| 09-14-05 | Jeffrey Rothschild | 23179180 | 3022 South First Street, Milan, Tennessee |
| 09-24-05 | Ridley Whitaker | 23543117 | 1800 West End Avenue, Nashville, Tennessee |
| 09-25-05 | Jeffrey Manheimer | 23558152 | 897 S. Jefferson Avenue, Cookeville, Tennessee |
| 10-01-05 | Sidney Weiss | 74222220 | 533 Church Street #240, Nashville, Tennessee |
| 10-02-05 | Evan Davis | 74270937 | 2911 Tazewell Pike #185, Knoxville, Tennessee |
| 10-02-05 | Richard Weltman | 74270947 | 2911 Tazewell Pike #185, Knoxville, Tennessee |
| 10-04-05 | Phillip Gaynor | 74312831 | 2911 Tazewell Pike #185, Knoxville, Tennessee |
| 10-06-05 | Walter Gelles | 74374914 | 533 Church Street #240, Nashville, Tennessee |
| 10-06-05 | Adam Thompson | 74374936 | 2911 Tazewell Pike #185, Knoxville, Tennessee |
| 10-07-05 | Fredric Kleinberg | 74438433 | 533 Church Street #240, Nashville, Tennessee |
| 10-07-05 | John Thornton | 74438167 | 533 Church Street #240, Nashville, Tennessee |
| 10-09-05 | James Kuhner | 74481547 | 533 Church Street #240, Nashville, Tennessee |
| 10-09-05 | Robert Smith | 74484748 | 2911 Tazewell Pike #185, Knoxville, Tennessee |
| 10-09-05 | Paul Stockschlaeder | 74480201 | 533 Church Street #240, Nashville, Tennessee |
| 10-09-05 | Leonard Weintraub | 74484697 | 2911 Tazewell Pike #185, Knoxville, Tennessee |
| 10-10-05 | Gerald Lefcourt | 74489576 | 533 Church Street #240, Nashville, Tennessee |
| 10-12-05 | Samuel Harding | 74519712 | 2911 Tazewell Pike #185, Knoxville, Tennessee |
| 10-12-05 | Gerald Welt | 74520086 | 2911 Tazewell Pike #185, Knoxville, Tennessee |
| 10-13-05 | Dean Bohle | 74544359 | 2911 Tazewell Pike #185, Knoxville, Tennessee |
| 10-13-05 | Jon Rucker | 74545878 | 533 Church Street #240, Nashville, Tennessee |
| 10-15-05 | Peter Canelias | 74612791 | 2911 Tazewell Pike #185, Knoxville, Tennessee |
| 10-15-05 | Gayson Gray | 74613041 | 533 Church Street #240, Nashville, Tennessee |
| 10-15-05 | Fred Isquith | 74612812 | 2911 Tazewell Pike #185, Knoxville, Tennessee |
| 10-15-05 | David Robbins | 74612790 | 2911 Tazewell Pike #185, Knoxville, Tennessee |
| 10-18-05 | Walter Kirtland | 74676290 | 154 Eighth Avenue #59, New York, New York |
| 10-18-05 | Michael Mikula | 74675218 | 154 Eighth Avenue #59, New York, New York |

| | | | |
|---|---|---|---|
| 10-18-05 | David Stephenson | 74676566 | 154 Eighth Avenue #59, New York, New York |
| 10-18-05 | Justin Patterson | 74675260 | 154 Eighth Avenue #59, New York, New York |
| 10-19-05 | Aaron Bragg | 74710544 | 154 Eighth Avenue #59, New York, New York |
| 10-19-05 | Sheila Harding | 74711102 | 154 Eighth Avenue #59, New York, New York |
| 10-19-05 | Mike Scott | 74711383 | 154 Eighth Avenue #59, New York, New York |
| 10-20-05 | David Bryant | 74740189 | 154 Eighth Avenue #59, New York, New York |
| 10-22-05 | Ralph Bohle | 74810127 | 154 Eighth Avenue #59, New York, New York |
| 10-22-05 | Randall Bryant | 74807140 | 2911 Tazewell Pike #185, Knoxville, Tennessee |
| 10-22-05 | Rosalinda Ipox | 74810169 | 2911 Tazewell Pike #185, Knoxville, Tennessee |
| 10-22-05 | Patricia Kang | 74807021 | 154 Eighth Avenue #59, New York, New York |
| 10-22-05 | Damon Kirtland | 74809128 | 154 Eighth Avenue #59, New York, New York |
| 10-22-05 | Martha Martinez | 74810246 | 154 Eighth Avenue #59, New York, New York |
| 12-31-05 | John Thornton | 75697395 | 1134 S. Clearview Parkway, Suite D252 Harahan, Louisiana |

26.    On or about November 14, 2005, defendant **JEFFREY ALAN ROTHSCHILD** deposited five of the fraudulently obtained Treasury Checks into an account at an E*Trade Financial Corporation branch located in the District of Columbia.

**(Mail Fraud, in violation of Title 18, United States Code, Section 1341)**

## COUNT THREE
**(Money Laundering)**

27.     Paragraphs 1 through 26 of the Superseding Information are re-alleged as though fully set forth herein.

28.     On or about the dates listed below, in the District of Columbia, defendant **JEFFREY ALAN ROTHSCHILD** did knowingly and willfully conduct and attempt to conduct a financial transaction affecting interstate commerce, as described below, which involved the proceeds of a specified unlawful activity, that is mail fraud, knowing that the transaction was designed in whole or in part to conceal and disguise the nature, ownership and control of the proceeds of said specified unlawful activity and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction, specifically, funds in the amounts set forth below, represented the proceeds of some form of unlawful activity:

| **DATE** | **TRANSACTION** | **AMOUNT** |
|---|---|---|
| 12-12-05 | Deposit to Commerce Bank of Check #1004 drawn on Prefabricated Housing Account at Bank of America (Dupont Circle Branch, Washington, D.C.) | $ 2,200.00 |
| 12-12-05 | Deposit to Commerce Bank of Check #1006 drawn on Prefabricated Housing Account at Bank of America (Dupont Circle Branch, Washington, D.C.) | $ 2,200.00 |
| 12-12-05 | Deposit to Commerce Bank of Check #1008 drawn on Prefabricated Housing Account at Bank of America (Dupont Circle Branch, Washington, D.C.) | $ 2,200.00 |
| 12-13-05 | Deposit to Commerce Bank of Check #1005 drawn on Prefabricated Housing Account at Bank of America (Dupont Circle Branch, Washington, D.C.) | $ 2,100.00 |
| 12-13-05 | Deposit to Commerce Bank of Check #104 drawn on Prefabricated Housing Account at Bank of America (Dupont Circle Branch, Washington, D.C.) | $ 2,200.00 |

| | | |
|---|---|---|
| 11-14-05 | Deposit of Treasury Check #74809128 made out to Damon Kirtland, to E*Trade, in Washington, D.C. | $ 2,000.00 |
| 11-14-05 | Deposit of Treasury Check #74675260 made out to Ralph Bohle, to E*Trade, in Washington, D.C. | $ 2,000.00 |
| 11-14-05 | Deposit of Treasury Check #74711102 made out to Justin Patterson, to E*Trade, in Washington, D.C. | $ 2,000.00 |
| 11-14-05 | Deposit of Treasury Check #74711383 made out to Sheila Harding, to E*Trade, in Washington, D.C. | $ 2,000.00 |
| 11-14-05 | Deposit of Treasury Check #74809128 made out to Mike Scott, to E*Trade, in Washington, D.C. | $ 2,000.00 |

**(Money Laundering, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i))**

## FORFEITURE ALLEGATION

29.     Upon conviction of the offense alleged in Count Three, defendant **JEFFREY ALAN ROTHSCHILD** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982, certain property, including but not limited to the following:

   a.   all right, title, and interest in any and all property involved in each offense in violation of Title 18, United States Code, Section 1956, and all property traceable to such property, including the following: (1) all money or other property that was the subject of each transaction, transportation, transmission or transfer in violation of Section 1956; (2) all commissions, fees and other property constituting proceeds obtained as a result of those violations; and (3) all property used in any manner or part to commit or to facilitate the commission of those violations.

   b.   a sum of money equal to the total amount of money involved in each offense, or conspiracy to commit such offense, for which defendant **JEFFREY ALAN ROTHSCHILD** is convicted.

   c.   the following conveyance, purchased with the monetary proceeds of the offenses: 2005 Mazda automobile, VIN XXXXXXXXXXXXXXXXX.

30.     If any of the above-described forfeitable property, as a result of any act or omission of defendant **JEFFREY ALAN ROTHSCHILD**:

   a.   cannot be located upon the exercise of due diligence;
   b.   has been transferred, sold to or deposited with a third party;
   c.   has been placed beyond the jurisdiction of the court;
   d.   has been substantially diminished in value; or
   e.   has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 835(p), as incorporated by 18 U.S.C. § 982(b), to seek forfeiture of any other property of said defendant **JEFFREY ALAN ROTHSCHILD**, up to the value of the forfeitable property described above.

**(All in accordance with Title 18, United States Code, Section 982(a)(1), and Rule 32.2(a), Federal Rules of Criminal Procedure)**

                                            KENNETH L. WAINSTEIN
                                            Attorney of the United States
                                              in and for the District of Columbia
                                            D.C. Bar Number 451058

By: _____

                                            JESSIE K. LIU
                                            D.C. Bar Number 472845
                                            Assistant United States Attorney
                                            555 Fourth Street, N.W.
                                            Washington, D.C. 20530
                                            (202) 514-7549
                                            Jessie.K.Liu@usdoj.gov

                                            BARBARA E. KITTAY
                                            D.C. Bar Number 414216
                                            Assistant United States Attorney
                                            555 Fourth Street, N.W.
                                            Washington, D.C. 20530
                                            (202) 514-6940
                                            Barbara.Kittay@usdoj.gov