AO 455 (Rev. 5/85)   Waiver of Indictment

# United States District Court

**FILED**
AUG 28 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

Jeffrey Rotuschild

## WAIVER OF INDICTMENT

CASE NUMBER: 06-220

I, Jeffrey Rotuschild, the above named defendant, who is accused of

bank fraud, money laundering

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 8/28/06 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer