# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA　　　　　:

　　　　　　　　　　　　　　　　　　:

　　　　　　　　　　　　　　　　　　:

　　　　　　v.　　　　　　　　　　　:

　　　　　　　　　　　　　　　　　　:

　　　　　　　　　　　　　　　　　　:

JEFFREY ALAN ROTHSCHILD,　　　　:　　　　Criminal No. 06-220 (CKK)

　　　　　　　　　　　　　　　　　　:

　　*also known as*　　　　　　　　　:

　　JEFFREY ALAN ZAHLER,　　　　　:

　　　　　　　　　　　　　　　　　　:

　　　　　　　　　　　　　　　　　　:

　　　　　　Defendant.　　　　　　　:

**FILED**

AUG 2 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## JOINT STATEMENT OF OFFENSES

The United States, by and through its attorney, the United States Attorney for the District of

Columbia, and Defendant, Jeffrey Alan Rothschild aka Jeffrey Alan Zahler, by and through his

attorney, hereby file this proposed statement of offenses, in anticipation of the entry of a guilty plea:

　　　　1.　　　　Representatives and records custodians from Bank of America, Commerce Bank, and

Washington Mutual Bank (hereinafter "Bank" or "Banks") would appear to testify that these banks

have branches located in, and conduct business in, the District of Columbia, and are financial

institutions insured by the Federal Deposit Insurance Corporation.

　　　　2.　　　　The following individuals would appear to testify that they ~~do not know Defendant;~~

did not give him permission to use their names, dates of birth, or Social Security numbers; and did

not authorize him to apply for government benefits or conduct financial transactions of any kind on

their behalf:

　　　　　　1.　　　Dean A. Bohle
　　　　　　2.　　　Ralph Bohle
　　　　　　3.　　　Aaron M. Bragg

4. David G. Bryant
5. Tim Bryant
6. Randall Bryant
7. Peter S. Canelias
8. Arthur Clark
9. Evan A. Davis
10. Christopher M. Eddy
11. Eduardo Garcia
12. Fidencio Garcia
13. Phillip Gaynor
14. Walter R. Gelles
15. Gayson R. Gray
16. Sheldon Hall
17. Samuel Harding
18. Sheila B. Harding
19. Harold S. Helmker
20. Rosalinda Ipox
21. Fred T. Isquith
22. Patricia Kang
23. Damon Kirtland
24. Walter A. Kirtland
25. Fredric Kleinberg
26. James Kuhner
27. Gerald B. Lefcourt
28. Aldemar Madrid
29. Steven Mandell
30. Jeffrey Manheimer
31. Martha Martinez
32. Michael Mikula
33. Vinod Nampimadam
34. Justin Patterson
35. David L. Robbins
36. Jon P. Rucker
37. Armando Salas
38. Karla Schmidt
39. Mike Scott
40. Robert G. Smith
41. David J. Stephenson
42. Paul F. Stockschlaeder
43. Adam M. Thompson
44. John Thornton

45.  Christina Vallejo
46.  Leonard M. Weintraub
47.  Sidney N. Weiss
48.  Gerald M. Welt
49.  Richard Weltman
50.  Ridley Whitaker

Defendant is not any of these people. Rather, Defendant, who was born on or about November 21,

1947, was given the name "Jeffrey Alan Zahler," but claims to have changed his name legally to

"Jeffrey Alan Rothschild." At all times relevant to the Superseding Criminal Information in this case,

Defendant claimed to be a resident of both the State of Louisiana and the State of California.

## **The Bank Fraud Scheme**

3.    As set forth more fully below, Defendant opened business checking accounts with

small cash deposits. Defendant then wrote checks back and forth on these accounts (and an existing

account that was opened under his alias, "Jeffrey Zahler"), depositing checks he knew to be drawn

on insufficient funds and withdrawing cash before the banks could trace the money back among the

various accounts to determine that there was little more than the initial deposits in any of the

accounts. In applying for the business accounts, Defendant falsely represented himself to be an

individual named "Ridley M. Whitaker," and gave himself (as Mr. Whitaker) sole signature authority

over the accounts.

4.    Specifically, bank records reflect that on or about October 15, 2005, Defendant

opened a business checking account in the name "Whitaker, Kleinberg, Gelles, Thornton, Weltman,

Gaynor, and Davis, Inc." (hereinafter "Whitaker Account"), at a Commerce Bank branch located in

Alexandria, Virginia. Defendant presented false identification, representing himself to be "Ridley M. Whitaker," and claimed sole signature authority for the account.

5.    Bank records also reflect that on or about November 1, 2005, Defendant opened a business checking account in the name "Prefabricated Housing of America" (hereinafter "Prefabricated Housing Account"), at a Bank of America branch in Alexandria, Virginia. Defendant presented false identification, representing himself to be "Ridley M. Whitaker," and claimed sole signature authority for the account.

6.    Bank records and surveillance photographs demonstrate that Defendant deposited into the Prefabricated Housing Account checks drawn on accounts in the name of "Jeffrey Zahler" at Washington Mutual Bank and Chase Bank, which checks Defendant knew to be drawn on insufficient funds.

7.    Bank records and surveillance photographs demonstrate that Defendant deposited into the Whitaker Account checks drawn on the Prefabricated Housing Account, which checks Defendant knew to be drawn on insufficient funds.

8.    Bank records and surveillance photographs demonstrate that Defendant withdrew sums from the Whitaker Account at times that he knew that Commerce Bank would not yet be aware that there were insufficient funds to support the withdrawal.

9.    The Government has obtained bank records, including bank surveillance photographs in many instances, that demonstrate the following transactions, on or about the dates and at the locations indicated:

| DATE | BANK | TRANSACTION | AMOUNT |
|------|------|-------------|--------|
| 11-03-05 | Bank of America | Deposit of Check #1003 drawn on Whitaker Account at Commerce Bank | $ 3,500.00 |
| 12-12-05 | Bank of America | Deposit of Check #132 drawn on Zahler Account at Washington Mutual | $ 2,500.00 |
| 12-12-05 | Bank of America | Deposit of Check #133 drawn on Zahler Account at Washington Mutual | $ 2,500.00 |
| 12-12-05 | Bank of America | Deposit of Check #134 drawn on Zahler Account at Washington Mutual | $ 2,500.00 |
| 12-12-05 | Commerce Bank | Deposit of Check #1004 drawn on Prefabricated Housing Account at Bank of America (Dupont Circle, Washington, D.C.) | $ 2,200.00 |
| 12-12-05 | Commerce Bank | Deposit of Check #1006 drawn on Prefabricated Housing Account at Bank of America (Dupont Circle, Washington, D.C.) | $ 2,200.00 |
| 12-12-05 | Commerce Bank | Deposit of Check #1008 drawn on Prefabricated Housing Account at Bank of America (Dupont Circle, Washington, D.C.) | $ 2,200.00 |
| 12-13-05 | Bank of America | Deposit of Check #104 drawn on Zahler Account at Chase Bank | $ 2,600.00 |
| 12-13-05 | Bank of America | Deposit of Check #105 drawn on Zahler Account at Chase Bank | $ 2,500.00 |
| 12-13-05 | Bank of America | Deposit of Check #131 drawn on Zahler Account at Washington Mutual | $ 2,600.00 |
| 12-13-05 | Bank of America | Deposit of Check #135 drawn on Zahler Account at Washington Mutual | $ 1,200.00 |
| 12-13-05 | Commerce Bank | Deposit of Check #1005 drawn on Prefabricated Housing Account at Bank of America (Dupont Circle, Washington, D.C.) | $ 2,100.00 |
| 12-13-05 | Commerce Bank | Deposit of Check #104 drawn on Prefabricated Housing Account at Bank of America (Dupont Circle, Washington, D.C.) | $ 2,200.00 |

| 12-13-05 | Commerce Bank | ATM Withdrawal of Cash (New York, New York) | $ 500.00 |
|---|---|---|---|
| 12-14-05 | Commerce Bank | Deposit of Check #1007 drawn on Prefabricated Housing Account at Bank of America (200 West 26th Street, New York, New York) | $ 4,400.00 |
| 12-14-05 | Commerce Bank | Cash Withdrawal Debit (One Penn Plaza, New York, New York) | $ 202.00 |
| 12-14-05 | Commerce Bank | Cash Withdrawal Debit (One Penn Plaza, New York, New York) | $ 502.00 |
| 12-14-05 | Commerce Bank | ATM Withdrawal (200 West 26th Street, New York, New York) | $ 700.00 |
| 12-14-05 | Commerce Bank | ATM Withdrawal (200 West 26th Street, New York, New York) | $ 700.00 |
| 12-14-05 | Commerce Bank | ATM Withdrawal (200 West 26th Street, New York, New York) | $ 700.00 |
| 12-14-05 | Commerce Bank | ATM Withdrawal (200 West 26th Street, New York, New York) | $ 700.00 |
| 12-14-05 | Commerce Bank | ATM Withdrawal (200 West 26th Street, New York, New York) | $ 700.00 |
| 12-14-05 | Commerce Bank | Cash Withdrawal Debit (Chase Bank, New York, New York) | $ 701.50 |
| 12-14-05 | Commerce Bank | Cash Withdrawal Debit (Chase Bank, New York, New York) | $ 701.50 |
| 12-14-05 | Commerce Bank | Cash Withdrawal Debit (Chase Bank, New York, New York) | $ 701.50 |
| 12-14-05 | Commerce Bank | Cash Withdrawal Debit (Chase Bank, New York, New York) | $ 701.50 |
| 12-15-05 | Commerce Bank | Cash Withdrawal (Alexandria, Virginia) | $ 100.00 |
| 12-15-05 | Commerce Bank | Cash Withdrawal (Alexandria, Virginia) | $ 400.00 |

| 12-15-05 | Commerce Bank | Cash Withdrawal Debit (833 Seventh Street, N.W., Washington, D.C.) | $ 202.00 |
|---|---|---|---|
| 12-15-05 | Commerce Bank | Cash Withdrawal Debit (833 Seventh Street, N.W., Washington, D.C.) | $ 502.00 |
| 12-15-05 | Commerce Bank | Deposit of Check #1031 drawn on Prefabricated Housing Account at Bank of America (43rd Street & Sixth Avenue, New York, New York) | $ 4,000 |
| 12-16-05 | Commerce Bank | Cash Withdrawal (321 Madison Avenue, New York, New York) | $ 500.00 |
| 12-16-05 | Commerce Bank | Cash Withdrawal (321 Madison Avenue, New York, New York) | $ 500.00 |
| 12-16-05 | Commerce Bank | Cash Withdrawal (321 Madison Avenue, New York, New York) | $ 500.00 |
| 12-16-05 | Commerce Bank | Cash Withdrawal (321 Madison Avenue, New York, New York) | $ 500.00 |
| 12-16-05 | Commerce Bank | Cash Withdrawal (321 Madison Avenue, New York, New York) | $ 500.00 |
| 12-16-05 | Commerce Bank | Cash Withdrawal (321 Madison Avenue, New York, New York) | $ 500.00 |
| 12-16-05 | Commerce Bank | Cash Withdrawal Debit (Chase Bank, New York, New York) | $ 501.50 |
| 12-16-05 | Commerce Bank | Cash Withdrawal (666 Broadway, New York, New York) | $ 100.00 |
| 12-16-05 | Commerce Bank | Cash Withdrawal Debit (Chase Bank, New York, New York) | $ 301.50 |

10.    Defendant's bank fraud scheme, as set forth above in Paragraphs 1-9, resulted in loss to Bank of America of $148.00; to Chase Bank in the amount of $111.49; and to Commerce Bank of $18,576.01.

### The FEMA Mail Fraud Scheme

11.    The Federal Emergency Management Agency (hereinafter "FEMA") is a part of the United States Department of Homeland Security, a department and agency of the United States, which prepares for and coordinates the response of the federal government to natural disasters occurring in the United States.

12.    Starting on September 7, 2005, FEMA made available money transfers of $2,000.00 to victims of the natural disasters in the southern region of the United States commonly known as "Hurricane Katrina" or "Hurricane Rita." Eligible parties could apply for funds in person, by calling a toll-free phone number, or on-line by providing, among other information, a name, a Social Security number and an address of a location affected by Hurricane Katrina or Hurricane Rita. Following this process, an applicant received $2,000.00 in the form of a check delivered via the United States Postal Service, electronic transfer to a bank account, or a debit card (if the applicant was a victim who found shelter at the Houston Astrodome).

13.    Between about September 13, 2005 and about December 31, 2005, Defendant applied for benefits in the names of Jeffrey Rothschild, Jeffrey Zahler, and other individuals, including in his application the actual date of birth and Social Security number of each individual. By reviewing public databases and telephoning various public and private entities, Defendant obtained the names, dates of birth, and Social Security numbers of other individuals. Defendant then filed applications in the names of these individuals by telephone or Internet, claiming that the individuals had suffered property damage as a result of Hurricane Katrina or Hurricane Rita and requesting that an emergency relief check be mailed to one of the following addresses: 897 South Jefferson Avenue, Cookeville,

Tennessee 38501; 2911 Tazewell Pike #185, Knoxville, Tennessee 37918; 533 Church Street #240, Nashville, Tennessee 37219; 1800 West End Avenue, Nashville, Tennessee 37203; and 154 Eighth Avenue #59, New York, New York 10011.

14.     The following addresses are motels: 897 South Jefferson Avenue, Cookeville, Tennessee 38501; and 1800 West End Avenue, Nashville, Tennessee 37203. The following addresses are commercial mail delivery businesses: 2911 Tazewell Pike #185, Knoxville, Tennessee 37918; 533 Church Street #240, Nashville, Tennessee 37219; and 154 Eighth Avenue #59, New York, New York 10011.

15.     On or about September 24, 2005, Defendant rented a mailbox at 533 Church Street #240, Nashville, Tennessee 37219, in the name of Don Spence. Defendant presented a Washington, D.C. identification card and a New School University identification card in the name of Donald D. Spence, but bearing Defendant's photograph.

16.     On or about October 1, 2005, Defendant rented a mailbox at 2911 Tazewell Pike #185, Knoxville, Tennessee 37918, in the name of Jeffrey Manheimer. Defendant presented a Washington, D.C. identification card in the name of Jeffrey A. Manheimer, but bearing Defendant's photograph, and a Commerce Bank debit card in the name of Jeffrey A. Manheimer.

17.     On or about October 17, 2005, Defendant rented a mailbox at 154 Eighth Avenue #59, New York, New York 10011. Defendant presented a Washington, D.C. identification card and a New York University identification card in the name of Ridley Whitaker, but bearing Defendant's photograph.

18.     As a result of this scheme, Defendant received the following FEMA emergency assistance checks via the United States Postal Service, each in the amount of $2,000.00 (except for a check made out to John Thornton and dated December 31, 2005, which was in the amount of $2,358.00) on or about the following dates:

| **DATE** | **PAYEE** | **CHECK NO.** | **MAILING ADDRESS** |
|---|---|---|---|
| 09-14-05 | Jeffrey Rothschild | 23179180 | 3022 South First Street, Milan, Tennessee |
| 09-24-05 | Ridley Whitaker | 23543117 | 1800 West End Avenue, Nashville, Tennessee |
| 09-25-05 | Jeffrey Manheimer | 23558152 | 897 S. Jefferson Avenue, Cookeville, Tennessee |
| 10-01-05 | Sidney Weiss | 74222220 | 533 Church Street #240, Nashville, Tennessee |
| 10-02-05 | Evan Davis | 74270937 | 2911 Tazewell Pike #185, Knoxville, Tennessee |
| 10-02-05 | Richard Weltman | 74270947 | 2911 Tazewell Pike #185, Knoxville, Tennessee |
| 10-04-05 | Phillip Gaynor | 74312831 | 2911 Tazewell Pike #185, Knoxville, Tennessee |
| 10-06-05 | Walter Gelles | 74374914 | 533 Church Street #240, Nashville, Tennessee |
| 10-06-05 | Adam Thompson | 74374936 | 2911 Tazewell Pike #185, Knoxville, Tennessee |
| 10-07-05 | Fredric Kleinberg | 74438433 | 533 Church Street #240, Nashville, Tennessee |
| 10-07-05 | John Thornton | 74438167 | 533 Church Street #240, Nashville, Tennessee |
| 10-09-05 | James Kuhner | 74481547 | 533 Church Street #240, Nashville, Tennessee |
| 10-09-05 | Robert Smith | 74484748 | 2911 Tazewell Pike #185, Knoxville, Tennessee |
| 10-09-05 | Paul Stockschlaeder | 74480201 | 533 Church Street #240, Nashville, Tennessee |
| 10-09-05 | Leonard Weintraub | 74484697 | 2911 Tazewell Pike #185, Knoxville, Tennessee |
| 10-10-05 | Gerald Lefcourt | 74489576 | 533 Church Street #240, Nashville, Tennessee |
| 10-12-05 | Samuel Harding | 74519712 | 2911 Tazewell Pike #185, Knoxville, Tennessee |
| 10-12-05 | Gerald Welt | 74520086 | 2911 Tazewell Pike #185, Knoxville, Tennessee |
| 10-13-05 | Dean Bohle | 74544359 | 2911 Tazewell Pike #185, Knoxville, Tennessee |

| 10-13-05 | Jon Rucker | 74545878 | 533 Church Street #240, Nashville, Tennessee |
| 10-15-05 | Peter Canclias | 74612791 | 2911 Tazewell Pike #185, Knoxville, Tennessee |
| 10-15-05 | Gayson Gray | 74613041 | 533 Church Street #240, Nashville, Tennessee |
| 10-15-05 | Fred Isquith | 74612812 | 2911 Tazewell Pike #185, Knoxville, Tennessee |
| 10-15-05 | David Robbins | 74612790 | 2911 Tazewell Pike #185, Knoxville, Tennessee |
| 10-18-05 | Walter Kirtland | 74676290 | 154 Eighth Avenue #59, New York, New York |
| 10-18-05 | Michael Mikula | 74675218 | 154 Eighth Avenue #59, New York, New York |
| 10-18-05 | David Stephenson | 74676566 | 154 Eighth Avenue #59, New York, New York |
| 10-18-05 | Justin Patterson | 74675260 | 154 Eighth Avenue #59, New York, New York |
| 10-19-05 | Aaron Bragg | 74710544 | 154 Eighth Avenue #59, New York, New York |
| 10-19-05 | Sheila Harding | 74711102 | 154 Eighth Avenue #59, New York, New York |
| 10-19-05 | Mike Scott | 74711383 | 154 Eighth Avenue #59, New York, New York |
| 10-20-05 | David Bryant | 74740189 | 154 Eighth Avenue #59, New York, New York |
| 10-22-05 | Ralph Bohle | 74810127 | 154 Eighth Avenue #59, New York, New York |
| 10-22-05 | Randall Bryant | 74807140 | 2911 Tazewell Pike #185, Knoxville, Tennessee |
| 10-22-05 | Rosalinda Ipox | 74810169 | 2911 Tazewell Pike #185, Knoxville, Tennessee |
| 10-22-05 | Patricia Kang | 74807021 | 154 Eighth Avenue #59, New York, New York |
| 10-22-05 | Damon Kirtland | 74809128 | 154 Eighth Avenue #59, New York, New York |
| 10-22-05 | Martha Martinez | 74810246 | 154 Eighth Avenue #59, New York, New York |
| 12-31-05 | John Thornton | 75697395 | 1134 S. Clearview Parkway, Suite D252 Harahan, Louisiana |

19.    In addition, Defendant submitted applications for FEMA emergency assistance benefits, on or about the following dates, in the following names, with instructions to send checks to the following addresses:

| DATE | NAME | MAILING ADDRESS |
|------|------|-----------------|
| 10-19-05 | Tim Bryant | 154 Eighth Avenue #59, New York, New York |
| 10-22-05 | Christopher Eddy | 2911 Tazewell Pike #185, Knoxville, Tennessee |
| 10-22-05 | Eduardo Garcia | 2911 Tazewell Pike #185, Knoxville, Tennessee |
| 10-22-05 | Fidencio Garcia | 2911 Tazewell Pike #185, Knoxville, Tennessee |
| 10-22-05 | Harold S. Helmker | 2911 Tazewell Pike #185, Knoxville, Tennessee |
| 10-22-05 | Aldemar Madrid | 2911 Tazewell Pike #185, Knoxville, Tennessee |
| 10-22-05 | Vinod Nampimadam | 2911 Tazewell Pike #185, Knoxville, Tennessee |
| 10-22-05 | Armando Salas | 2911 Tazewell Pike #185, Knoxville, Tennessee |
| 10-22-05 | Karla Schmidt | 2911 Tazewell Pike #185, Knoxville, Tennessee |
| 10-22-05 | Jeffrey Zahler | 2911 Tazewell Pike #185, Knoxville, Tennessee |
| 10-25-05 | Arthur Clark | 2911 Tazewell Pike #185, Knoxville, Tennessee |
| 10-25-05 | Christina Vallejo | 2911 Tazewell Pike #185, Knoxville, Tennessee |
| 10-26-05 | Sheldon Hall | 533 Church Street #240, Nashville, Tennessee |
| 10-26-05 | Steven J. Mandel | 533 Church Street #240, Nashville, Tennessee |

Defendant received no FEMA emergency benefit checks as a result of these applications, however.

20.    Defendant claims that at the time that he applied for a FEMA emergency benefit check in the name of Jeffrey Rothschild, he believed he was entitled to that check because his wife's residence had been damaged by Hurricane Katrina, although he himself had not lived in that location for more than six months prior to the storm, and his wife had received an emergency benefit check in her own name. Defendant admits that when he applied for a FEMA emergency benefit check in the name of Jeffrey Zahler, he had already received a check made out to himself as Jeffrey Rothschild.

21.     On or about November 3, 2005, Defendant opened an investment club account in the name of "Whitaker Kleinberg Gelles Thornton Thompson Weltman" at E*Trade Financial Corporation (hereinafter "E*Trade Account"), naming the primary signer on this account as Ridley Whitaker, with a birth date and Social Security number identical to those of the true Ridley Whitaker.

22.     On about November 10, 2005, Defendant physically took five (5) of the fraudulently obtained Treasury checks, each in the amount of approximately $2,000.00, that had been mailed to New York, New York, to an E*Trade Financial Corporation branch, located at 1850 K Street, N.W., in Washington, D.C., where he deposited them into the E*Trade Account. At the time Defendant deposited these checks, he intended to withdraw the funds from the E*Trade Account at a later time and convert them to his own personal use, and hoped that by so doing, he could conceal the true nature of these funds as the proceeds of an illegal mail fraud scheme and that he, not the named payees owned and controlled these proceeds.

23.     Defendant's mail fraud scheme, as set forth in Paragraphs 11 to 22, resulted in an actual loss to the United States Government of not less than $76,358, and an intended loss to the United States Government of not less than $104,358.

## Additional Details of the Investigation

24.     At the time of Defendant's arrest, the personal papers in his immediate possession were seized. In addition, after waiving his rights, Defendant told investigators where to retrieve additional papers, in his briefcase and in a storage facility in New York. At these locations were identification documents in the following names: Jeffrey Rothschild, Jeffrey Zahler, Ridley

Whitaker, Jeffrey Manheimer, Fredric Kleinberg, John Thornton, Gerald Lefcourt, Samuel Harding, Donald Spence, and Peter Venokur. In nearly all of these instances, the identification documents in Defendant's possession contained Defendant's photograph.

25.    In addition, from about June 26, 2005 to about June 27, 2006, in the District of Columbia and elsewhere, Defendant applied for, received via the United States Postal Service, and used American Express credit cards in the names of the following individuals: Samuel A. Harding, Fredric A. Kleinberg, Gerald B. Lefcourt, Jeffrey Manheimer, and Ridley Whitaker. None of these individuals had authorized Defendant to apply for American Express credit cards in their names. Defendant used these credit cards to purchase goods and services for his own use in the amount of $19,159.05. American Express was able to recoup some, but not all, of this loss through chargebacks to the establishments where Defendant had used the fraudulently obtained American Express cards.

26.    Furthermore, from about October 25, 2004 to about June 27, 2006, in the State of Florida and elsewhere, Defendant used false identification documents in the names of Jeffrey A. Manheimer, Donald A. Spence, and Peter C. Venokur to open bank accounts at Bank Atlantic, Bank of America, Commerce Bank, HSBC, Regions Bank, and Wachovia. At various times during this time period, Defendant wrote checks on some of these accounts that he knew to be drawn on insufficient funds; deposited these checks into other of these accounts; and then withdrew money from the accounts into which these checks were deposited before the banks realized that there were insufficient funds to support the withdrawal. These actions caused a loss to Bank Atlantic in the amount of $2,500.00; to Bank of America in the amount of $7,387.35; to Commerce Bank in the amount of $7475.75; and to Wachovia in the amount of $127.72.

27.    Defendant spent the proceeds of his schemes for personal possessions, including but not limited to a 2005 Mazda automobile, VIN JM1NB354550413407, which he paid for completely with the proceeds from his fraudulent schemes and registered in his wife's name.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar Number 246470

By: _____

JESSIE K. LIU
D.C. Bar Number 472845
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7549
Jessie.K.Liu@usdoj.gov

BARBARA E. KITTAY
D.C. Bar Number 414216
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-6940
Barbara.Kittay@usdoj.gov

## DEFENDANT'S ACCEPTANCE

I have read this factual proffer and have discussed it with my attorney, Lara G. Quint, Esquire. I fully understand this factual proffer. I agree and acknowledge by my signature that this proffer of facts is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this factual proffer fully.

Date:    _8/28/06_                              _____

                                               JEFFREY ALAN ROTHSCHILD
                                                   aka JEFFREY ALAN ZAHLER
                                               Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this factual proffer and have reviewed it with my client fully. I concur in my client's desire to adopt this factual proffer as true and accurate.

Date: _8/28/06_                                _____

                                               LARA G. QUINT, ESQUIRE
                                               Attorney for Defendant