UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
            Plaintiff              :    CRIMINAL NO. 06-220
                                  :    Judge Colleen Kollar-Kotelly
vs.                               :
                                  :
JEFFREY ALAN ROTHSCHILD            :
                                  :
            Defendant              :

### ORDER

That the U.S. Probation Department shall prepare and file a pre-sentence report for __JEFFREY A. ROTHSCHILD__ , by no later than __November 10, 2006__ ; and it is

FURTHER ORDERED that the parties shall file Memorandum in Aid of Sentencing, by no later than __November 22, 2006__; and it is

FURTHER ORDERED that the defendant shall be sentenced in Courtroom #28A on __December 1, 2006 AT 10:00 A.M.__

IT IS SO ORDERED,

Date: __8/31/06__            _____
                             Colleen Kollar-Kotelly
                             United States District Judge

cc: Chambers
    File
    Pretrial
    Probation
    Jessie Liu, AUSA
    Lara Quint, AFPD