IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal No. 06-220 |
| ) | |
| JEFFREY ROTHSCHILD, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## MOTION TO CONTINUE SENTENCING

Defendant Jeffrey Rothschild, through undersigned counsel, respectfully requests this Honorable Court to continue the sentencing in the above-captioned case, currently scheduled for December 1, 2006 at 10:00 a.m. In support of his motion, Mr. Rothschild states the following:

Undersigned counsel has been in trial before Chief Judge Hogan since October 3, 2006. The trial ended on November 15th and, as of the time of this writing, the jury was still deliberating. In light of her responsibilities in conjunction with trial, counsel has been unable to draft a memorandum in aid of sentencing or to otherwise prepare for sentencing effectively. In addition, counsel is trying to arrange a psychological evaluation of Mr. Rothschild. Given the schedule of the psychologist that counsel has contacted, it is counsel's understanding that an evaluation, and an eventual affidavit, cannot be concluded in the next month.

For the reasons set forth above, Mr. Rothschild requests a continuance of his sentencing hearing of at least thirty days. Mr. Rothschild understands that he will be detained at CTF pending sentencing.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____

Lara G. Quint
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C.  20004
(202)  208-7500