THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | **Criminal No. 06-220** |
| ) | |
| **JEFFREY ROTHSCHILD,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**ORDER**

Upon consideration of defendant's Motion to Continue Sentencing, it is by the Court hereby

ORDERED that the motion is GRANTED, that the sentencing date of December 1, 2006, is VACATED, and that sentencing is continued until _____, 2007.


_____          _____

DATE          THE HONORABLE COLLEEN KOLLAR-KOTTELLY
          UNITED STATES DISTRICT COURT JUDGE