# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :
      :
      v.      :      Judge Colleen Kollar-Kotelly
      :      Criminal Action No. **06cr220**
**JEFFREY ROTHSCHILD**      :
      :
      Defendant      :
      :

## ORDER

Upon consideration of Defendant's unopposed [18] Motion to Continue Sentencing, it is

this  20  day of November, 2006, hereby

**ORDERED** that the Motion is hereby GRANTED, and it is

**FURTHER ORDERED** that the previously scheduled Sentencing shall be converted to a

Status Conference on December 1, 2006, at 10:00 a.m. in Courtroom 28A, at which time a new

sentencing date shall be chosen.

**COLLEEN KOLLAR-KOTELLY**
United States District Judge