IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | **Criminal No. 06-220** |
| ) | |
| **JEFFREY ROTHSCHILD,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

## DEFENDANT'S MOTION TO CONTINUE SENTENCING

Defendant Jeffrey Rothschild, through undersigned counsel, respectfully requests this Honorable Court to briefly continue the sentencing in the above-captioned case, currently scheduled for January 18, 2007 at 9:00 a.m. In support of his motion, Mr. Rothschild states the following:

At the status hearing on December 1, 2006, counsel indicated that she would be out of the office, on work-related travel, from January 14th to 16th. Since that time, counsel's trip was rescheduled for January 17th to 19th. The rescheduling was due to problems involving logistical arrangements and budgetary approval for the original dates. As counsel is not the only Assistant Federal Public Defender traveling, she could not request different dates. Counsel apologizes for the inconvenience and requests a date the following week that is convenient to the Court. With the exception of the afternoon of January 22nd, counsel is available at any time and date.

Mr. Rothschild is aware of counsel's request, knows that he will remain incarcerated between now and the time of sentencing, and has no objection to counsel's request.

Respectfully submitted,


A.J. KRAMER
FEDERAL PUBLIC DEFENDER


\_\_\_\_\_/s/_____

Lara G. Quint
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C. 20004
(202) 208-7500