## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>**v.** )<br>)<br>**JEFFREY ROTHSCHILD,** )<br>)<br>**Defendant.** )<br>_____ ) | **Criminal No. 06-220** |

### ORDER

Upon consideration of defendant's Motion to Continue Sentencing, it is by the Court

hereby

      ORDERED that the motion is GRANTED, that the sentencing date of January 18, 2007,

is VACATED, and that sentencing is continued until _____, 2007.


_____        _____

DATE                                    THE HONORABLE COLLEEN KOLLAR-KOTTELLY
                                        UNITED STATES DISTRICT COURT JUDGE