THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal No. 06-220 |
| ) | |
| JEFFREY ROTHSCHILD, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of defendant's Motion to Continue Sentencing, it is by the Court hereby

ORDERED that the motion is GRANTED, that the sentencing date of January 18, 2007, is VACATED, and that sentencing is continued until _Feb. 5, 2007 at 9:00 AM_ ~~2007~~.

_1/3/07_
DATE

_Colleen Kollar-Kotelly_
THE HONORABLE COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT COURT JUDGE